IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TIFFANEY ALLEN** | ) |
| **Plaintiff,** | ) ) **Civil Action No. 18-01035** ) |
| v. | ) ) |
| **VISA U.S.A. INC.** | ) ) |
| **Defendant.** | ) ) ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK OF COURT:

Kindly enter Plaintiff's voluntary dismissal as to Defendant Visa U.S.A., Inc. without prejudice pursuant to Fed. R. Civ. P. 41.

**FRANCIS & MAILMAN, P.C.**

BY:   */s/ Alexis I. Lehmann*
ALEXIS I. LEHMANN, ESQUIRE
Attorneys for Plaintiff
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600

Dated: August 2, 2018